In the Matter of the Probate of the Will of Eva Lipschutz, Deceased.   Henry A. Sklar et al., Appellants; Nathan Lipschutz, Respondent.—

Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.

In the Matter of the Accounting of Francis P. Ward, as Executor of Alice B. Ward, Deceased, Appellant.   Edward J. Ward, Respondent.—

There is no evidence to sustain the finding of the Surrogate that the transfers were illusory. (*Matter of Halpern,* 303 N. Y. 33.)   Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

Lillian Michaels, Respondent, v. John F. Michaels, Appellant.—

Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.